DANIEL G. BOGDEN
United States Attorney
District of Nevada

SUNDEEP PATEL [C.S.B.N. 242284]
SPECIAL ASSISTANT UNITED STATES ATTORNEY
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8981
    Facsimile: 415-744-0134
    E-Mail: sundeep.patel@ssa.gov

Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ABEL FRIAS, | )<br>) |
|    Plaintiff, | )<br>) Civil No. 2:15-cv-01348-JCM-VCF |
| v. | )<br>) **DEFENDANT'S UNOPPOSED MOTION** |
| CAROLYN W. COLVIN, | ) **FOR EXTENSION OF TIME**<br>) |
| Acting Commissioner of Social Security**,** | )<br>) |
|  Defendant. | )<br>) |

     Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Cross-Motion to Affirm and Response to Plaintiff's Motion for Reversal, due on **November 10, 2015**, by **30 days**, through and including **December 10, 2015**.

     An extension of time is needed because counsel for Defendant is currently responsible for numerous district court cases at various stages of litigation.  Counsel for Defendant is also currently responsible for conducting discovery and preparing substantive motions in personnel-related

-1-

litigation matters pending before the Equal Employment Opportunity Commission and Central District Court of California.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on November 6, 2015.

Respectfully submitted this 6th day of November 2015.

DANIEL G. BOGDEN
United States Attorney

*/s/ Sundeep Patel*
SUNDEEP PATEL
Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

DATED: November 6, 2015

-2-

**CERTIFICATE OF SERVICE**

I, **Sundeep Patel**, certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**CM/ECF:**

LEONARD H. STONE, ESQ. No. 5791
NICOLE K. STEINHAUS, ESQ. No. 11722
SHOOK & STONE, CHTD.
710 South Fourth Street
Las Vegas, Nevada 89101
Office: (702) 385-2220
Fax: (702) 384-0394
Email: lstone@shookandstone.com;
nsteinhaus@shookandstone.com;
Attorneys for Plaintiff, ABEL FRIAS

Dated this 6th day of November 2015

　　　　　　　　　　　　　　　　　　　//s// *Sundeep Patel*
　　　　　　　　　　　　　　　　　　　SUNDEEP PATEL
　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney